# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 4/4/2022
Case: 5:19–bk–00645–HWV  Form ID: pdf010        Total: 111

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr           Penske Truck Leasing Co., L.P.
5162583      WITCHEY ENTERPRISES, INC. CREDITOR MATRIX

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee         ustpregion03.ha.ecf@usdoj.gov
tr     John J Martin (Trustee)       pa36@ecfcbis.com
aty    Andrew Joseph Katsock, III    ajkesq@comcast.net
aty    David J. Harris               dh@lawofficeofdavidharris.com
aty    Gregory Benjamin Schiller     Gregory.B.Schiller@usdoj.gov
aty    Howard Gershman               hg229ecf@gmail.com
aty    John J. Martin                jmartin@martin–law.net
aty    Mark J. Conway                info@mjconwaylaw.com
aty    Meredith R. Theisen           mtheisen@rubin–levin.net
aty    Rebecca K McDowell            rmcdowell@slgcollect.com
aty    Roger Mattes, Jr              info@matteslawyers.com
aty    Thomas J. MacNeely            tmacneely@rjglaw.com

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Witchey Enterprises, Inc.    300 Susquehannock Drive    Wilkes–Barre, PA 18702
cr        Paultin, Inc.    382 Church Street    Montrose, PA 18801
cr        Fairview Group, Inc.    c/o David J. Harris, Esquire    69 Public Square    Suite 700    Wilkes–Barre, PA 18701
cr        Premier Capital Funding    % Mattes & Mattes, P.C.    324 North Washington Avenue    Scranton, PA 18503
cr        COMMONWEALTH OF PA UCTS    DEPARTMENT OF LABOR AND INDUSTRY    COLLECTIONS SUPPORT UNIT    651 BOAS STREET, ROOM 925    HARRISBURG, PA 17121
cr        Protective Insurance Company    c/o Rubin & Levin, P.C.    135 N. Pennsylvania St., Ste. 1400    Indianapolis, IN 46204
cr        Eastern Funding LLC    c/o Saldutti Law Group    1735 Market St.    Suite 3750    Philadelphia, PA 19103
aty       Law Offices of John Martin    , PA
smg       Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101–7346
5165021   19 Rector Ct    2 University Plaza    Suite 205    Hackensack, NJ 07601
5162597   ACE FUNDING SOURCE    366 North Broadway    Jericho, NY 11753
5162962   ALEX KHODAK    P.O, Box 1013    Southhampton, PA 18966
5162614   ALEX KHODAK    P.O. Box 1013    Southhampton, PA 18966
5184870   ALFA ADVANCE LLC    20200    Miami, FL 33180
5162604   ALPH ADVANCE LLC    20200 W. Dixie Highway #709    Miami, FL 33180
5162605   ALPHA CAPITAL SOURCE    734 W. Broadway    Woodmere, NY 11598
5162585   ANDREW J. KATSOCK, III, ESQUIRE    15 SUNRISE DRIVE    WILKES–BARRE, PA 18705
5162620   CASH CRUNCH    ZACHTER PLLC    30 Wall St., 8th Floor    New York, NY 10005
5162966   CASH CRUNCH    ZACHTER PLLC    30 Wall St., Bth Floor    New York, NY 10005
5162593   CBSG    141 N. Second St.    Philadelphia, PA 19106
5162959   CBSG    141 N. Second St.    Philadelphia, PA 19106
5246825   COMMONWEALTH OF PA UCTS    DEPARTMENT OF LABOR AND INDUSTRY    COLLECTIONS SUPPORT UNIT    651 BOAS STREET, ROOM 925    HARRISBURG, PA 17121
5239040   Complete Business Solutions Group, Inc.    c/o Joe Cole    20 N. 3rd Street    Philadelphia, PA 19106
5184975   Crestview Enterprises    Law Offices of Steven Zakharyayev    1430 Broadway, Suite 402    New York NY 10018
5162598   DAKA CAPITAL GROUP INC.    132 Franklin Place #490    Woodmere, NY 11598
5183337   Daka Capital Group, Inc.    1074 Broadway    Suite 150    Woodmere, NY 11598
5393643   Eastern Funding, LLC    213 W. 35th St., 10th Floor    New York, NY 10001
5162954   FAIRVIEW GROUP INC.    4 Fairview Dr    Warwick, NY 10990
5162617   FAIRVIEW GROUP INC.    4 Fairview Dr.    Warwick, NY 10990
5162608   FINANCIAL PACIFIC TRUCK LEASE    3455 S. 344th Way #300    Federal Way, WA 98001–9546
5162960   FINANCIAL PACIFIC TRUCK LEASE    3455 S. 344th Way #300    Federal Way, WA 98001–9546
5162964   FIRST GOLD BUYERS INC.    161 Kings Highway, 3rd Floor    Brooklvn. NY 11223
5162628   FIRST GOLD BUYERS INC.    161 Kings Highway, 3rd Floor    Brooklyn, NY 11223
5162609   FORD CREDIT    P.O. Box 552679    Detroit, MI 48255–2679
5162963   FORD CREDIT    P.O. Box 552679    Detroit, Ml48255–2679
5162592   FUNDRITE    40 Wall St., 28th Floor    New York, NY 10005
5162956   FUNDRITE    40 Wall St., 28th Floor    New York, NY 10005
5172727   Financial Pacific Leasing Inc    3455 S 344th Way, STE 300    Federal Way, WA 98001
5169302   Financial Pacific Leasing Inc    3455 S 344th Way, Ste 300    Federal Way, WA 98001

| CM/ECF # | Name | Address | City/State/Zip |
|---|---|---|---|
| 5403230 | First Gold Buyers, Inc. | 2050 Center Ave., Suite 565 | Fort Lee, NJ 07024 |
| 5164293 | Ford Motor Credit Company, LLC | PO Box 62180 | Colorado Springs, CO 80962–4400 |
| 5164738 | Ford Motor Credit Company, LLC | c/o Howard Gershman, Esquire 610 York Road, Ste. 200 | Jenkintown, PA 19046 |
| 5188383 | Fundrite LLC | c/o Streetwide Asset Recovery Group Inc 100 Village Court Ste 201 | Hazlet, NJ 07730 |
| 5162612 | GOODYEAR | 1037 N. Washington Ave. | Wilkes–Barre, PA 18702 |
| 5162615 | GREG MEYER | 382 Church St. | Montrose, PA 18801 |
| 5162600 | IKAHN CAPITAL | 160 Pearl St. | New York, NY 10005 |
| 5162965 | IKAHN CAPITAL | 160 Pearl St. | New York, NY 10005 |
| 5162590 | IN ADVANCE | 1430 Broadway | New York, NY 10018 |
| 5162973 | IN ADVANCE | 1430 Broadway | New York, NY 10018 |
| 5162588 | INTERNAL REVENUE SERVICE | 600 Arch St. | Philadelphia, PA 19106 |
| 5162587 | INTERNAL REVENUE SERVICE | | CINCINNATI, OH 45999–0039 |
| 5162621 | JEFFREY ZACHTER, ESQ. | 2 University Plaza, Suite 205 | Hackensack, NJ 07601 |
| 5162619 | JEREMY L. HAVENS, ESQ. | 28 Railroad Ave., Suite 2C | Warwick, NY 10990 |
| 5162601 | KABBAGE | 7406, 130 W. 25th St., 8th Floor | New York, NY 10001 |
| 5162607 | MARSH USA INC | P.O. Box 14404 | Des Moines, IA 50306 |
| 5162971 | MARSH USA INC | P.O. Box 14404 | Des Moines, lA 50306 |
| 5162611 | MCCARTHY TIRE | 340 Kidder St. | Wilkes–Barre, PA 18702 |
| 5162623 | MERCHANT FUNDING SERVICES LLC | ZACHTER PLLC 30 Wall St., 8th Floor | New York, NY 10005 |
| 5162625 | MICHAEL LESSA, ESQ. | 107 N. Commerce Way, Suite 100 | Bethlehem, PA 18017–8930 |
| 5162627 | MICHEL DOUGHERTY, ESQ. | 170 S. Independence Mall W., Ste 874 W | Philadelphia, PA 19106 |
| 5162970 | MM FUNDING GROUP | 114–116 Ditmas Ave | Brooklyn, NY 11218 |
| 5162599 | MM FUNDING GROUP | 114–116 Ditmas Ave. | Brooklyn, NY 11218 |
| 5162596 | MR. ADVANCE LLC | 35–12 19th Ave. | Astoria, NY 11105 |
| 5403669 | Mark J. Conway, Esquire | Paultin, Inc. 382 Church Street | Montrose, PA 18801 |
| 5162589 | PA DEPT OF REVENUE | 3 REVENUE PLACE | HARRISBURG PA 17129–0003 |
| 5162616 | PAULTIN INC. | 382 Church St. | Montrose, PA 18801 |
| 5162955 | PAULTIN, INC. | 382 Church St. | Montrose, PA 18801 |
| 5162626 | PEARL CAPITAL RIVIS VENTURES, LLC | 40 Exchange Place | New York, NY 10005 |
| 5162972 | PEARL CAPITAL RIVIS VENTURES. LLC | 40 Exchange Place | New York, NY 10005 |
| 5162606 | PENSKI | P.O. Box 563 | Reading, PA 19603–0563 |
| 5162603 | PREMIER CAPITAL FUNDING | 9265 4th Ave., 2nd Floor | Brooklyn, NY 11209 |
| 5162958 | PREMIER CAPITAL FUNDING | 9265 4th Ave., 2nd Floor | Brooklyn, NY 11209 |
| 5184016 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | Harrisburg, PA 17128–0946 |
| 5204281 | Penske Truck Leasing Co., L.P. | PO Box 563 | Reading, PA 19603 |
| 5188112 | Premier Capital Funding | % Mattes & Mattes, P.C. 324 North Washington Avenue | Scranton, PA 18503–1578 |
| 5188760 | Premier Capital Funding | c/o Mattes & Mattes, P.C. 324 North Washington Avenue | Scranton, PA 18503–1578 |
| 5237559 | Protective Insurance Company | Meredith R. Theisen Rubin & Levin, P.C. 135 N. Pennsylvania Street, Suite 1400 | Indianapolis, IN 46204 |
| 5162602 | QUEEN FUNDING | 101 Chase Ave., Suite 208 | Lakewood, NJ 08701 |
| 5162595 | REGAL CAPITAL INC. | 3110 365h Ave. | Long Island City, NY 11576 |
| 5162629 | ROBERT N. GAWLAS, JR., ESQ. | ROSENN, JENKINS & GREENWALD 15 S. Franklin St. | Wilkes–Barre, PA 18711 |
| 5162967 | ROBERT N. GAWLAS, JR., ESQ. | ROSENN, JENKINS & GREENWALD 15 S. Franklin St. | Wilkes–Barre, PA 18711 |
| 5162618 | RON WILHELMY | 4 Fairview Dr. | Warwick, NY 10990 |
| 5328866 | Rebecca K. McDowell, Esq. | BNY Mellon Center 1735 Market Street, Suite 3750 | Philadelphia, PA 19103 |
| 5162610 | SPECIALTY VEHICLE & EQUIPMENT | 213 West 35th St, Suite 1000 | New York, NY 10001 |
| 5162957 | SPECIALTY VEHICLE & EQUIPMENT | 213 West 35th St, Suite 1000 | New York, NY 10001 |
| 5162613 | TODD SHARR | 242 B. Knob Mountain Rd. | Berwick, PA 18603 |
| 5162591 | TVT CAPITAL | 8 Hunters Lane | Roslyn, NY 11576 |
| 5162961 | TVT CAPITAL | 8 Hunters Lane | Roslyn, NY 11576 |
| 5162586 | UNITED STATES TRUSTEE | P.O. Box 969 | Harrisburg, PA 17108 |
| 5162624 | VANLINER INSURANCE CO. | One Premier Dr. | St. Louis, MO 63026 |
| 5162968 | VANLINER INSURANCE CO. | One Premier Dr. | St. Louis, MO 63026 |
| 5169326 | Vanliner Insurance Company | 3250 Interstate Drive | Richfield, OH 44286 |
| 5162584 | WITCHEY ENTERPRISES, INC. | 300 Susquehannock Drive | Wilkes–Barre, PA 18702 |
| 5162622 | YELLOWSTONE CAPITAL | 160 Pearl St. | New York, NY 10005 |
| 5162969 | YELLOWSTONE CAPITAL | 160 Pearl St. | New York, NY 10005 |
| 5162594 | YES FUNDING CORP | 1600 Calebs Path #117 | Hauppauge, NY 11788 |
| 5217920 | ikahn capital llc | C/O The Law Office of Jason Gang 1245 Hewlett Plaza, #478 | Hewlett, NY 11557 |

TOTAL: 97